| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE**<br>**REPORT FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Coleman, Magdeline D. | 2. Court or Organization<br><br>U.S.Bankruptcy Court, Eastern District of Pennsylvania | 3. Date of Report<br><br>08/13/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>Robert N.C. Nix, Sr. Federal Building<br>900 Market Street, Suite 202<br>Philadelphia, PA 19107-4299 | ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | General Partner | M&M Real Estate |
| 2. | Representative Payee | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 1993 | Sagot, Jennings & Sigmond (n/k/a Jennings Sigmond) Retirement Plan with former law firm, no control |
| 2. | 2001 | Buchanan Ingersoll & Rooney 401(k) plan with former law firm, no control |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Conference | January 12, 2018 | Philadelphia, PA | Annual Forum | Registration & Travel (food was included in the registration) |
| 2. | Federal Judicial Center | March 12-16, 2018 | New Orleans, LA | National Workshop | Registration, Lodging & Travel (food was included in the registration) |
| 3. | Eastern District of Pennsylvania Spring Event | June 12, 2018 | Philadelphia, PA | Evidence & Trial Advocacy | Registration (food was included in the registration) |
| 4. | ABF Journal | June 26, 2018 | Philadelphia, PA | Philadelphia Credit & Restructuring Summit | Registration (food was included in the registration) |
| 5. | Military Assistance Project | October 10, 2018 | Philadelphia , PA | | Registration (food was included in the registration) |

## IV. REIMBURSEMENTS (continued)

| | | | | | |
|---|---|---|---|---|---|
| 6. | Third Circuit | October 17-18, 2019 | Wilmington, DE | Annual Conference | Registration, Lodging & Travel (food was included in the registration) |
| 7. | Pennsylvania Bankruptcy Institute | October 24, 2018 | Philadelphia, PA | Annual Bankruptcy Institute | Registration & Travel (food was included in The registration) |
| 8. | Federal Judicial Center | November 14-18, 2018 | New York, NY | National Workshop | Registration, Lodging & Travel (food was included in the registration) |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Heritage Federal Credit Union | Crediti Card | J |
| 2. | American Heritage Federal Credit Union | Mortgage on Rental Property No. 1, Philadelphia, PA (Part VII, Line 1) | M |
| 3. | Sallie Mae | Student Loans (Guarantor) | K |
| 4. | William D. Ford Federal Direct Loan | Student Loan | M |
| 5. | Discover Student Loan | Student Loan (Guarantor) | K |
| 6. | U.S. Department of Education | Student Loans | K |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Rental Property No. 1, Philadelphia, PA | E | Rent | M | W | | | | | |
| 2.  Rental Property No. 2, Philadelphia, PA | E | Rent | M | W | | | | | |
| 3.  G.E. Common Stock | A | Dividend | J | T | | | | | |
| 4.  American Heritage Fed. Credit Union | A | Int./Div. | J | T | | | | | |
| 5.  Trumark Credit Union | | None | J | T | | | | | |
| 6.  Oppenheimer Money Market Account | A | Int./Div. | J | T | | | | | |
| 7.  Buchanan Ingersoll & Rooney Retirement Plan (401(k))No cont | A | Int./Div. | J | T | | | | | |
| 8.  Sagot Jennings, PC Pension Plan (No control) | A | Int./Div. | J | T | | | | | |
| 9.  Representative Payee Bank Account Americian Heritage | | None | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Magdeline D. | 08/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Magdeline D. Coleman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544